# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Moncerath Diaz-Pacheco,<br>a.k.a.: Moncerath Diaz Pacheco,<br>a.k.a.: Jesus Torensilla-Castro,<br>(A088 772 991)<br>*Defendant* | ) ) ) ) ) ) ) Case No. 17- 6377 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 29, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Moncerath Diaz-Pacheco, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about March 11, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Amy Brown

☒ Continued on the attached sheet.

*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 5, 2017

*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 29, 2017, Moncerath Diaz-Pacheco was booked into the Maricopa County Jail (MCJ) intake facility by the Mesa Police Department on local charges. While incarcerated at the MCJ, Diaz-Pacheco was examined by ICE Officer R. Silva who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 4, 2017, Diaz-Pacheco was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Diaz-Pacheco was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Moncerath Diaz-Pacheco to be a citizen of Mexico and a previously deported criminal alien. Diaz-Pacheco was removed from the United States to Mexico through El Paso, Texas, on or about March 11, 2014, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Diaz-Pacheco in any Department of Homeland Security

1

database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Diaz-Pacheco's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Moncerath Diaz-Pacheco was convicted of Re-Entry of Removed Alien, a felony offense, on June 5, 2012, in the United States District Court, District of Arizona. Diaz-Pacheco was sentenced to five (5) months' imprisonment and three (3) years' supervised release. Diaz-Pacheco's criminal history was matched to him by electronic fingerprint comparison.

5. On October 4, 2017, Moncerath Diaz-Pacheco was advised of his constitutional rights. Diaz-Pacheco freely and willingly acknowledged his rights and agreed to provide a statement under oath. Diaz-Pacheco stated that his true and complete name is Moncerath Diaz-Pacheco and that he is a citizen of Mexico. Diaz-Pacheco stated that he illegally entered the United States in October of 2016, through "Por Sonoita." Diaz-Pacheco further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 29, 2017, Moncerath Diaz-Pacheco, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at El Paso, Texas, on or about March 11, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 5th day of October, 2017.

_____
David K. Duncan,
United States Magistrate Judge

3